# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

August 15, 2025

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



          **Re:**    **Vuppala v. Lims Kitchen NYC Inc., et al.**
                  **Case 1:24-cv-09206-KPF**

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Status Letter to be jointly submitted by the parties pursuant to the Case Management Plan and Scheduling Order [D.E. 19], regarding the August 19, 2025 Pretrial Conference has been circulated to counsel for the Defendants. Nonetheless, all the parties have not been able to review and confer regarding the draft Status Letter. Also, this matter will likely settle shortly. At that time, the parties will inform the Court.

    Due to this reason, the undersigned respectfully requests a one-day extension until Monday, August 18, 2025, to file the joint status letter.

    Thank you for your attention to this matter.

Respectfully submitted,

By:  S/ B. Bradley Weitz
     B. Bradley Weitz, Esq.
     The Weitz Law Firm, P.A.
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com
     *Attorney for Plaintiff*

Application GRANTED. The parties' joint letter in advance of the August 19, 2025 pretrial conference shall be submitted August 18, 2025. Should the parties wish to postpone the August 19, 2025 pretrial conference to provide themselves with more time to engage in settlement discussions before the pretrial conference, they may inform the Court in their joint letter.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated:     August 18, 2025          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE